1002

[No. 37833-3-I.    Division One.    May 27, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DARRELL
VANZANT, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-8-02853-7, James Bates, J., entered
November 18, 1995. *Affirmed* by unpublished per curiam
opinion.

[No. 37839-2-I.    Division One.    May 27, 1997.]

STANLEY HAHN, *Appellant*, v. YALE N.W. MATERIALS
HANDLING, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 94-2-33592-8, John M. Darrah, J., entered
November 15, 1995. *Affirmed in part, reversed in part* and
*remanded* by unpublished opinion per Agid, J., concurred
in by Coleman and Ellington, JJ.

[No. 38130-0-I.    Division One.    May 27, 1997.]

DOLORES C. TODD, ET AL., *Respondents*, v. WILMA C.
BOYDEN, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 94-2-17022-8, Michael J. Fox, J., entered January 10, 1996. *Affirmed in part, reversed in part* and
*remanded* by unpublished opinion per Kennedy, A.C.J.,
concurred in by Grosse and Agid, JJ.

[No. 38488-1-I.    Division One.    May 27, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v.
CHRISTOPHER MITTEN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-8-06879-2, Anthony P. Wartnik, J., entered
April 16, 1996. *Affirmed* by unpublished per curiam
opinion.